AUGUST F. STAUFF ET AL. (BOLINDERS CO., INC.) *v.* UNITED STATES

No. 4419.—Invoices dated Eskilstuna, Sweden, July 13, 1934, etc.
Certified July 14, 1934, etc.
Entered at New York July 26, 1934; Portland, Oreg., January 21, 1936; etc.
Entry Nos. 708342, 1073, etc.

Third Division, Appellate Term

(Decided October 21, 1938)

*Puckhafer & Rode* (*George J. Puckhafer* of counsel) for the appellants.
*Webster J. Oliver*, Assistant Attorney General (*Dorothy C. Bennett*, special attorney), for the appellee.

682

Before CLINE, EVANS, and KEEFE, Judges

CLINE, Judge: When these applications for review were called for argument, counsel for the importers moved to dismiss his appeals. Counsel for the Government raised no objection. The applications for review are therefore dismissed.